1  Robert B. Jobe (Cal. State Bar #133089)
   LAW OFFICE OF ROBERT B. JOBE
2  550 Kearny Street, Suite 200
   San Francisco, CA 94108
3  (415) 956-5513 (phone)
   (415) 840-0308 (fax)
4
   Attorney for Petitioner.
5
6                   UNITED STATES DISTRICT COURT
7                   NORTHERN DISTRICT OF CALIFORNIA

8  SHERNY ANGELICA SAROHA,         )    No.   5:11-cv-05214-LHK
                                   )
9         Petitioner,              )
                                   )
10        v.                       )    STIPULATION AND [PROPOSED]
                                   )    ORDER RE: EXTENSION OF TIME
11 MATTHEW SCHULER, Contra Costa   )
   County Captain of Custody Services, *et al.*, )
12                                 )
          Respondents.             )
13 _____ )

14

15

16        Petitioner Sherny Angelica Saroha ("Ms. Saroha") filed a petition for a writ of habeas

17 corpus on October 22, 2011. On December 30, 2011, Respondents filed a motion to dismiss.

18 Petitioner's deadline to respond to the Respondents' motion is January 12, 2012. Petitioner's

19 counsel requires additional time to prepare a response because counsel was out of the office for

20 the holidays. Undersigned counsel's office communicated with Respondents' counsel, Troy

21 Liggett, who consented to Petitioners' request for a 14 day extension to file a response.

22 Petitioner therefore requests that the time for filing the Petitioner's Reply to Respondent's

   motion be extended to January 26, 2012.
23

24

25

26

27

28

| | | |
|---|---|---|
| 1 | Dated: January 12, 2012 | Respectfully submitted, |
| 2 | | /s/ Robert B. Jobe |
| 3 | | _____ |
| 4 | | ROBERT B. JOBE<br>Law Office of Robert B. Jobe<br>Attorney for Petitioner |

**[PROPOSED] ORDER**

Pursuant to stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that Petitioner's Reply to Respondents' Motion to Dismiss is due by January 26, 2012.

IT IS SO ORDERED.

Dated: January 13, 2012

_____
LUCY H. KOH
UNITED STATES DISTRICT JUDGE