```
 1  Robert B. Jobe (Cal. State Bar #133089)
    Anna L. Benvenue (Cal. State Bar #261436)
 2  LAW OFFICE OF ROBERT B. JOBE
    550 Kearny Street, Suite 200
 3  San Francisco, CA 94108
    (415) 494-8597 (phone)
 4  (415) 840-0308 (fax)
    federal@jobelaw.com
 5
    Attorneys for Petitioner.
 6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERNY ANGELICA SAROHA,<br><br>  Petitioner,<br><br>  v.<br><br>MATTHEW SCHULER, Contra Costa County Captain of Custody Services, *et al.*,<br><br>  Respondents. | No.  5:11-cv-05214-LHK<br><br>MOTION FOR LEAVE TO FILE AMENDED PETITION AND STIPULATION AND [~~PROPOSED~~] ORDER RE: DATE TO FILE ANSWER TO AMENDED PETITION<br><br>**AS MODIFIED** |

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Petitioner Sherny Angelica Saroha hereby respectfully moves the Court for leave to file an Amended Petition for Habeas Corpus which is attached hereto.[1] The Amended Petition adds one additional respondent, Jeff Nelson, Warden and Facility Coordinator for the Contra Costa West County Detention Facility. There are no other changes to the Amended Petition. Counsel for Petitioner has conferred with counsel for Respondents, Mr. Troy D. Liggett, and is authorized to state that the Respondents do not oppose this motion. Counsel for Petitioner and Counsel for Respondents have also agreed

---

[1] Federal Rule of Civil Procedure 15 provides that a party may amend its pleading once as a matter of course at any time before a responsive pleading is served; "in all other cases, a party may amend it's pleading only with the opposing party's written consent or the court's leave . . . leave shall be freely given when justice so requires." Fed. R. Civ. P. 15. As Respondent has filed a motion to dismiss, Respondent's consent or leave of Court is required.

1  that Respondents be allowed thirty (30) days to file their answer to the Amended Petition.
2  Petitioner, therefore, respectively requests that she be allowed to file this Amended Petition and
3  that Respondents be given until Monday February 27, 2012 to file their answer.

Dated: January 26, 2012                         Respectfully submitted,

/s/ Robert B. Jobe
_____
ROBERT B. JOBE
ANNA L. BENVENUE
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Suite 200
San Francisco, CA 94108
(415) 494-8597 (phone)
(415) 840-0308 (fax)
federal@jobelaw.com

Attorneys for Petitioner.

### [~~PROPOSED~~] ORDER

Pursuant to stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that Petitioner's Amended Petition for Writ of Habeas Corpus be filed and that Respondent's Answer to Petitioner's Amended Petition be due by June 18, 2012.   Respondent's pending motion to dismiss, ECF No. 5, is terminated as MOOT.   The hearing set for June 7, 2012, is hereby VACATED.

IT IS SO ORDERED.

Dated: May 18, 2012

_____
LUCY H. KOH
UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED
AS MODIFIED
Judge Lucy H. Koh